

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Robert K. Hur*  
*United States Attorney*

*Tamera L. Fine*  
*Assistant United States Attorney*

36 South Charles Street  
Fourth Floor  
Baltimore, Maryland 21201

DIRECT: 410-209-4806  
MAIN: 410-209-4800  
FAX: 410-962-5130  
TTY/TDD: 410-962-4462

January 20, 2021

The Honorable James K. Bredar  
Chief United States District Judge  
United States Courthouse  
101 West Lombard Street  
Baltimore, Maryland 21201

      Re:    *Hans Augustine Iduma v. United States of America,* Civil No. JKB-13-2995

Dear Chief Judge Bredar:

      I write on behalf of Thomas Ragland and myself in response to this Court's Order of December 18, 2020, directing the parties to jointly propose the procedural steps necessary to implement the settlement agreement entered into between the parties. Mr. Ragland and I have consulted and below identify the steps we believe are necessary, with suggested dates by which each step may be achieved.

| | |
|---|---|
| February 12, 2021 | Government shall provide to the Defendant an information, waiver of indictment and plea agreement under Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. |
| March 12, 2021 | Defendant shall sign the plea, including negotiating any changes. |
| March 15, 2021 Or thereafter | Plea hearing and sentencing. Parties to provide a proposed Order vacating the prior Judgment without prejudice (consistent with settlement agreement). Defendant shall be processed by United States Marshals Service. A new Judgment and Commitment Order shall be prepared. |

      The parties do not believe that a Presentence Report is necessary under these circumstances in order for this Court to accept the plea and sentence the Defendant. However, if a PSR is needed for administrative purposes, the Defendant will make himself available for an interview.

      The parties welcome the opportunity to speak with the Court in a scheduling conference call if additional matters need to be discussed.

Thank you for your patience.

                                              Respectfully submitted,

                                              Robert K. Hur
                                              United States Attorney

                                                              /s

                                        By: _____
                                              Tamera L. Fine
                                              Assistant United States Attorney

CC:  Thomas Ragland, Esquire